*Please Make this Letter/Request Part of the Record.*
*Thank You!*
108,926-02

Abel Acosta (Clerk)
Court of Criminal Appeals
PO Box 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

8 AUG 2015

RE:     Tr. Ct. No. 947737-A;
        WR-68,926-02; [Application for 11.07 Writ of Habeas Corpus]

Dear Clerk:

I am in receipt of your 7/30/2015 "white card" notice that your court has received my Application for 11.07 Writ of Habeas Corpus from the trial court, (338th Judicial District Court of Harris County, Texas).

No one has informed me as to what "Records" and other "Pleadings" have been transferred to your Court.

One of my main concerns is that I insist that the trial court transmit to your Court for your review my Pleadings below:

1.      APPLICANT/AFFIANT'S AFFIDAVIT TO CHALLENGE
        THE PRESUMPTION OF CORRECTNESS OF STATE'S
        FINDINGS OF FACT AND CONCLUSIONS OF LAW
        [w/ ATTACHMENT "Z"]  (File-Stamped JULY 15, 2015)

2.      AFFIDAVIT OF STEVEN RAY SCHILLEREFF, APPLICANT
        IN RESPONSE TO AND REBUTTAL OF:
        (AFFIDAVIT OF ARTIQUEWA "ART" WARREN)
        [w/ ATTACHMENT "X"] (File-Stamped JUNE 5, 2015)

3.      Exhibit # 26 [Video Taped Proceedings, Oct 7, 2004]
                (From Washington State Proceeding)(File-Stamped MAY 12, 2015)

4.      Exhibit #125 [Interview of Theresa Schillereff, NOV 12, 2003]
                (Transcript of Texas CD out-of-state Interview PSI)
                (File-Stamped MAY 12, 2015)

5.      Exhibit #172 [Detailed Rpt., Harris County Law Enforcement:
                Case No. 0305030513] (File-Stamped MAY 12, 2015)

6.      APPLICANT'S PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER
        [w/ ATTACHMENT "A" - PLEA PROCEEDINGS] (File-Stamped MAY 4, 2015)

7.      APPLICANT'S PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER
        [w / ATTACHMENT "A" and ATTACHMENT "B"] (Sent to Court DEC 29, 2014)

8.      SUPPLEMENTAL GROUND THIRTY-SEVEN:
        SUPPLEMENTAL EXHIBITS Nos: #146 thru 170;
        SUPPLEMENTAL MEMORANDUM OF LAW (File-Stamped DEC 31, 2014)

If the above pleadings were not included among the Records/Documents that were transmitted to the Court of Criminal Appeals from the court below, I formally request that the Court of Criminal Appeals order the lower court to immediately transmit same in the interest of justice.

Finally, I would appreciate it very much if this Honorable Court of Criminal Appeals could provide me (free of charge due to my indigency) one copy of the Court of Criminal Appeals Docket Sheet in the instant case.

Thank you very much for your time and consideration in this matter. I eagerly await your reply.

Respectfully submitted,

Steven Ray Schillereff
TDC# 1202954
Neal Unit
9055 Spur 591
Amarillo, TX 79107-9696

CC: File Copy